UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARK S. TURNBOW,** | ) | **CASE NO. 5:08CV725** |
| | ) | |
| PETITIONER, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| V. | ) | |
| | ) | |
| **MARGARET BAGLEY,** | ) | |
| Warden, | ) | **ORDER** |
| | ) | |
| RESPONDENT. | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Mark S. Turnbow ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On May 19, 2008, this case was automatically referred to Magistrate Judge Kenneth S. McHargh for preparation of a Report and Recommendation, pursuant to Local Rule 72.2. On October 27, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the Court deny the instant petition because Petitioner failed to demonstrate that the state court decisions involved an unreasonable application of clearly established federal law. (Dkt. # 11).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728

1

F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge McHargh (Dkt. # 11) is hereby **ADOPTED**.  Petitioner's Habeas Corpus Petition is **DENIED** and the case is **DISMISSED** in its entirety with prejudice.  (Dkt. # 1).

**IT IS SO ORDERED**.

>**/s/ Peter C. Economus – December 7, 2009**
>**PETER C. ECONOMUS**
>**UNITED STATES DISTRICT JUDGE**